UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINIQUE MERRIMAN,<br><br>          Plaintiff,<br><br>     v.<br><br>M. LOWRY, et al.,<br><br>          Defendants. | No. 2: 19-cv-1445 TLN KJN P<br><br><br><br>ORDER |

Plaintiff is a state prisoner, proceeding pro se, with this civil rights action seeking relief pursuant to 42 U.S.C. § 1983.

On April 15, 2020, plaintiff filed a motion for leave to amend his complaint. Plaintiff's motion was not, however, accompanied by a proposed amended complaint. As a prisoner, plaintiff's pleadings are subject to evaluation by this court pursuant to the in forma pauperis statute. See 28 U.S.C. § 1915A. Because plaintiff did not submit a proposed amended complaint, the court is unable to evaluate it.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for leave to amend (ECF No. 29) is denied without prejudice.

Dated: April 20, 2020

Merr1445.10

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE