UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINIQUE MERRIMAN, | No. 2: 19-cv-1445 TLN KJN P |
| Plaintiff, | |
| v. | ORDER |
| M. LOWRY, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on the first amended complaint filed September 16, 2019 as to defendants Coffin, Gates, Lowry and Sullivan. (ECF No. 12.)

Pending before the court is plaintiff's April 27, 2020 motion for leave to file a second amended complaint. (ECF No. 31.) The proposed second amended complaint removes three defendants, i.e., defendants Coffin, Gates and Sullivan. The proposed second amended complaint identifies the date on which defendant Lowry allegedly denied plaintiff adequate mental health treatment. Defendants have not opposed plaintiff's motion for leave to file the second amended complaint. Good cause appearing, plaintiff's motion to amend is granted.

Also pending is plaintiff's May 4, 2020 motion for an extension of time to serve defendants with his response to defendants' request for production of documents. Plaintiff states that his response is due May 11, 2020. Plaintiff requests until June 10, 2020, to serve defendants

1

with the response. Defendants have not opposed this request. Good cause appearing, plaintiff's motion for an extension of time is granted. The undersigned grants plaintiff twenty-one days from the date of this order to serve his response so that plaintiff has enough time to prepare his response.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for leave to file a second amended complaint (ECF No. 31) is granted; defendant Lowry shall file a response to the second amended complaint within twenty-one days of the date of this order;
2. Pursuant to Federal Rule of Civil Procedure 41(a), defendants Coffin, Gates and Sullivan are dismissed;
3. Plaintiff's motion for an extension of time to serve defendants with a response to the request for production of documents (ECF No. 32) is granted; plaintiff shall serve defendants with his response to the request for production of documents within twenty-one days of the date of this order.

Dated: June 9, 2020

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Merr1445.ame