UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINQUE MERRIMAN,<br><br>    Plaintiff,<br><br>    v.<br><br>M. LOWRY, et al.,<br><br>    Defendants. | No.  2: 19-cv-1445 TLN KJN P<br><br>ORDER |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the court is defendants' June 18, 2020 motion to modify the scheduling order.  (ECF No. 35.)  For the reasons stated herein, defendants' motion is granted in part and denied in part.

The discovery cut-off date is June 21, 2020.  (ECF No. 28.)  The dispositive motion cut-off date is August 7, 2020.  (ECF No. 25.)

In the pending motion, defendants request a ninety-days extension of the discovery and dispositive motion deadlines.  The grounds of this request are that, due to the COVID-19 outbreak, the California Department of Corrections and Rehabilitation ("CDCR") has directed defense counsel to postpone inmate depositions until after August 2020.  Defendants require additional time to schedule and take plaintiff's deposition, and to incorporate that deposition testimony into a dispositive motion.

The court will modify dates set forth in a scheduling order only upon a showing of good cause by the moving party.  Fed. R. Civ. P. 16(b); Johnson v. Mammoth Recreations, Inc., 975 F.2d 604, 608 (9th Cir. 1992).  Defendants have shown good cause to extend the discovery deadline so that they may conduct plaintiff's deposition.  However, defendants have not shown good cause to extend the discovery deadline as to other discovery.  For this reason, the discovery deadline is extended only so that defendants may take plaintiff's deposition.[1]

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' motion to modify the scheduling order (ECF No. 35) is granted in part and denied in part;
2. Defendants may conduct plaintiff's deposition on or before September 19, 2020; defendants' motion to extend the discovery cut-off date as to other discovery is denied;
3. The dispositive motion deadline is extended to December 5, 2020.

Dated:  June 23, 2020

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Merr1445.mod

---

[1] On June 9, 2020, the undersigned granted plaintiff twenty-one days to serve defendants with his response to the request for production of documents.  (ECF No. 33.)  Defendants may request an extension of time to file a motion to compel regarding plaintiff's response to the request for production of documents, if appropriate.